Hon. ~~Robert J. Bryan~~ *Ronald B. Leighton*

09-CV-05064-ORD

FILED _____ LODGED
_____ RECEIVED

MAR 18 2009

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| QUINAULT INDIAN NATION,<br><br>    Plaintiff,<br><br>v.<br><br>HON. KEN SALAZAR, in his official capacity as Secretary, United States Department of the Interior; HON. CARL ARTMAN, in his official capacity as Assistant Secretary, Indian Affairs, United States Department of the Interior; STANLEY M. SPEAKS, in his official capacity as Regional Director, Bureau of Indian Affairs,[1]<br><br>    Defendants. | No. C09-5064-RJB<br><br>[~~PROPOSED~~] ORDER GRANTING MOTION TO CONSOLIDATE<br><br>***Clerk's Action Required*** |

This matter came before the Court on the Defendants' Motion to Consolidate. The Court having read and considered the Defendants' Motion, any documents filed in opposition and reply, and the pleadings on file in this action, the Court finds itself fully advised and hereby ORDERS:

1. Defendants' Motion to Consolidate is hereby GRANTED.

2. This case is hereby consolidated with *Anderson & Middleton v. Salazar, et al.*, Case No. CV09-5033-RBL, under the first-filed case number (CV09-5033-RBL).

---

[1] Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Ken Salazar has been substituted as a party defendant in place of his predecessor. Hon. Carl Altman is no longer the Assistant Secretary, Indian Affairs, United States Department of the Interior, although his replacement has not yet been named. Pursuant to Rule 25(d), any such replacement will automatically be substituted as a party defendant.

[PROPOSED] ORDER - 1
(C09-5064-RJB)

1  DATED March 18, 2009.
2
3
                                    The Hon. ~~Robert J. Bryan~~ Ronald B. Leighton
4                                   United States District Court Judge
5
6
7  Presented by:
8
   JEFFREY C. SULLIVAN
9  United States Attorney
10
11  /s/ Rebecca S. Cohen
    REBECCA S. COHEN, WSBA #31767
12  Assistant United States Attorney
    United States Attorney's Office
13  700 Stewart Street, Suite 5220
    Seattle, Washington 98101-1271
14  Phone: 206-553-7970
    Fax: 206-553-4073
15  E-mail: rebecca.cohen@usdoj.gov

[PROPOSED] ORDER - 2
(C09-5064-RJB)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970